UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK CRUMPLER,<br><br>    Defendant. | Case No. 3:89-cv-00577-MAG (LB)<br><br>**AMENDED ORDER ESTABLISHING CASE-MANAGEMENT PROCEDURES** |

Pursuant to General Order 44, this matter has been assigned to Magistrate Judge Laurel Beeler. In addition to following the rules in the standing order and the civil local rules, the parties are **ORDERED** to follow the procedures set forth below:

1. Within 20 days of the date of this Order, the plaintiff must mail to the defendant an accounting and a copy of any documents supporting the plaintiff's claims. The plaintiff must concurrently file the accounting with the court (without documents) and proof of service of the accounting.

2. Within 40 days of the date of this Order, the defendant must mail to the plaintiff a copy of any documents which the defendant claims prove payment of all or part of the loan or otherwise excuse the defendant's failure to pay the loan.

3. Within 60 days of the date of this Order, the parties must meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute.

AMENDED ORDER (No. 3:89-cv-00577-MAG)

1  4. Within two weeks after the meeting, the parties must file a joint statement about the status
2  of the case. The joint statement must include the following:
3  (a) A brief description of the facts and legal analysis underlying each party's position; and
4  (b) The parties' suggestions about the plan going forward.
5  The above schedule results in a due date for the joint statement of June 15, 2016. To avoid
6  losing track of the case, the court sets a further case management conference for June 23, 2016, at
7  11:00 AM.

**IT IS SO ORDERED.**

Dated: February 2, 2016    _____
LAUREL BEELER
United States Magistrate Judge

AMENDED ORDER (No. 3:89-cv-00577-MAG)  2