1  **MICHAEL COSENTINO SBN 83253**
   **Counsel for the United States**
2  **PO Box 129**
   **ALAMEDA, CA  94501**
3  **Telephone: (510) 523-4702**
   **Facsimile:  (510) 747-1640**
4
   **COUNSEL FOR THE UNITED STATES**
5  **OF AMERICA, PLAINTIFF**

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 **UNITED STATES OF AMERICA**,                Case NO. **3:89-cv-00577 LB**

12              Plaintiff,                     **JOINT SUPPLEMENTAL CASE**
            v.                                 **MANAGEMENT STATEMENT**
13 **DERRICK CRUMPLER**,                       ORDER

14              Defendant.
   _____/             CMC HEARING
15                                             Date: June 23, 2016 **CANCELLED**
                                               Time: 11:00 A. M.
16                                             Place: Magistrate Judge Laurel Beeler
                                               Courtroom C, 15th Floor
17                                             450 Golden Gate Avenue
                                               San Francisco, CA 94102
18

19         **THIS IS A SUPPLEMENT TO THE SEPARATE (PLAINTIFF'S)**
        **CMC STATEMENTS FILED JANUARY  20, 2016, AT DOCKET # 15**,
20          **AND FILED JANUARY 28, 2016, AT DOCKET 17**

21                    **JOINT SUPPLEMENTAL CMC STATEMENT**

22       In compliance with the court's AMENDED ORDER ESTABLISHING CMC

23 PROCEDURES, as a result of a meet and confer telephone conversation on May 23,

24 2016, between the parties, on May 24, 2016, plaintiff's counsel mailed defendant a

25 form, which when filled out, could give the parties a basis for settlement.  On June 7,

26 2016, plaintiff's counsel telephoned defendant; defendant stated that he would be

27 unable to mail the completed form to counsel until June 13, 2016.  Plaintiff's counsel

28 received the completed form June 14, 2016.

On June 15, 2016, the parties spoke by telephone regarding settlement. Significant inroads were made toward settlement during this discussion. It is realistically possible that the parties could settle the matter in its entirety over the next few weeks. This being said, the parties agreed that they would request that the court extend the time by 3 or 4 weeks for the parties to submit either settlement documents, or an updated Joint CMC Statement, to the court. Because the defendant is unable to execute this Statement timely, the parties agreed that plaintiff's counsel would submit it with the understanding that defendant is in agreement with the request for more time.

June 15, 2016                                  _____/s/_____
                                               Michael Cosentino, Counsel for plaintiff


June 15, 2016                                  /s/ by telephone_____
                                               Derrick Crumpler, Defendant *pro se*

```
Case Management Conference reset to September 29, 2016 at 11:00 a.m. A Joint
Case Management Statement due September 22, 2016.
Date: June 16, 2016
```



IT IS SO ORDERED
Judge Laurel Beeler